**\*\* E-filed September 9, 2010 \*\***

| | |
|---|---|
| K&L GATES LLP<br>Four Embarcadero Center, Suite 1200<br>San Francisco, CA 94111<br>Tel.: (415) 882-8200<br>Fax: (415) 882-8220<br>Matthew G. Ball, Esq. (SBN: 208881)<br>matthew.ball@klgates.com | THE LAW OFFICE OF JESSICA E. RAUFF<br>1045 S. 12th Street<br>San Jose, CA 95112<br>Tel.: (408) 466-7436<br>Fax: (408) 668-0977<br>Jessica E. Rauff, Esq. (SBN: 262264)<br>JRauff@gmail.com |
| Attorney for Defendants Citibank, N.A., Citicorp Holdings, Inc. and Charles Prince | Attorney for Plaintiffs |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AJAY AND TANUJA PRADHAN, individuals, MAYA BALI, an individual, on behalf of themselves and others similarly situated,<br><br>                    Plaintiffs,<br><br>v.<br><br>CITIBANK, N.A., a national corporation, CITI HOLDINGS, INC., a national corporation, CHARLES PRINCE, an individual, and DOES 1-10,<br><br>                    Defendants. | Case No. CV 10-03245-HRL<br><br>[PROPOSED] **ORDER GRANTING JOINT STIPULATION TO ADJOURN CASE MANAGEMENT CONFERENCE SCHEDULED FOR OCTOBER 5, 2010 AS AMENDED BY THE COURT** |

The Court has read and considered the Joint Stipulation to Adjourn the Case Management Conference Scheduled for October 5, 2010, submitted by plaintiffs Ajay Pradhan, Tanuja Pradhan, and Maya Bali, and defendants Citibank, N.A., Citicorp Holdings, Inc. (named in the Complaint as Citi Holdings, Inc.), and Charles Prince, and found good cause appearing.

PURSUANT TO THE JOINT STIPULATION, IT IS SO ORDERED THAT:

1. The Case Management Conference currently scheduled for October 5, 2010 shall be continued to Tuesday, November 16, 2010. ~~taken off the calendar until the later of such time as (1) service has been effected on the defendants or the proper parties have been substituted as defendants in the action, (2) the parties have had the opportunity to accept or decline the appointment of the Magistrate Judge, and (3) the properly served or substituted defendants have responded to the Complaint.~~

~~2. At such time, the Judge presiding over the matter shall set a date for the Case Management Conference.~~

_____
The Honorable Howard R. Lloyd
United States Magistrate Judge

Date: September 9, 2010
_____