1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AJAY AND TANUJA PRADHAN, individuals,
MAYA BALI, an individual, on behalf of
themselves and others similarly situated,

Plaintiffs,

v.

CITIBANK, N.A., a national corporation,
CITIMORTGAGE, INC., a national corporation,

Defendants.

Case No. CV 10-03245- LHK

[~~PROPOSED~~] ORDER GRANTING
APPLICATION FOR ADMISSION OF
ATTORNEY *PRO HAC VICE*

Andrew C. Glass, an active member in good standing of the bar of the Commonwealth of

Massachusetts whose business address and telephone number is

K&L Gates LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
Tel.: (617) 261-3100
andrew.glass@klgates.com

having applied in the above-entitled action for admission to practice in the Northern District of

California on a *pro hac vice* basis, representing Citibank, N.A., and CitiMortgage, Inc.,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*.

Service of papers upon and communication with co-counsel designated in the application will

constitute notice to the party. All future filings in this action are subject to the requirements contained

in General Order No. 45, *Electronic Case Filing*.

Dated:  November 5, 2010

*Lucy H. Koh*

The Honorable Lucy H. Koh
United States District Judge