UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AJAY AND TANUJA PRADHAN, individuals, MAYA BALI, an individual, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CITIBANK, N.A., a national corporation, CITIMORTGAGE, INC., a national corporation,<br><br>Defendants. | Case No. CV 10-03245- LHK<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Ryan M. Tosi, an active member in good standing of the bar of the Commonwealth of Massachusetts, whose business address and telephone number is

K&L Gates LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
Tel.: (617) 261-3100
ryan.tosi@klgates.com

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Citibank, N.A., and CitiMortgage, Inc.,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: November 5, 2010

*Lucy H. Koh*

The Honorable Lucy H. Koh
United States District Judge