K&L GATES LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Tel.: (415) 882-8200
Fax: (415) 882-8220
Matthew G. Ball (SBN: 208881)
matthew.ball@klgates.com

K&L GATES LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
Tel.:  (617) 261-3100
Fax:  (617) 261-3175
R. Bruce Allensworth (*pro hac vice pending*)
bruce.allensworth@klgates.com
Andrew C. Glass (*pro hac vice pending*)
andrew.glass@klgates.com
Ryan M. Tosi (*pro hac vice pending*)
ryan.tosi@klgates.com

Attorneys for Defendants Citibank, N.A. and CitiMortgage, Inc.

THE LAW OFFICE OF JESSICA E. RAUFF
1045 S. 12th Street
San Jose, CA 95112
Tel.: (408) 466-7436
Fax: (408) 668-0977
Jessica E. Rauff, Esq. (SBN: 262264)
JRauff@gmail.com

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AJAY AND TANUJA PRADHAN, individuals, MAYA BALI, an individual, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CITIBANK, N.A., a national corporation, CITIMORTGAGE, INC., a national corporation,<br><br>Defendants. | Case No. CV 10-03245-LHK (HRLx)<br><br>[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION TO CONTINUE OR, ALTERNATIVELY, RESCHEDULE CASE MANAGEMENT CONFERENCE<br><br>Hon. Lucy H. Koh<br>Date:            December 1, 2010<br>Time:            2:00 PM<br>COURTROOM:   4, 5th Floor |

The Court has read and considered the Joint Stipulation to Reschedule the Case Management Conference, submitted by plaintiffs Ajay Pradhan, Tanuja Pradhan, and Maya Bali, and defendants Citibank, N.A. and CitiMortgage, Inc. ("defendants"), and found good cause appearing.

PURSUANT TO THE JOINT STIPULATION, IT IS SO ORDERED THAT:

1  ~~The Case Management Conference scheduled for December 1, 2010, is continued pending the~~
2  ~~Court's ruling on defendants' motion to dismiss.  If the Court denies the motion, the Court will~~
3  ~~reschedule the Case Management Conference at that time.~~
4  – ~~OR~~ –
5  The Case Management Conference scheduled for December 1, 2010, is rescheduled for
6  January 13, 2011, at 1:30 p.m.  As previously noticed, the Court shall also hear the parties on
7  defendants' motion to dismiss at that time.

_____
The Honorable Lucy H. Koh
United States District Judge

Date:  November 10, 2010

- 2 -
[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION TO CONTINUE OR, ALTERNATIVELY,
RESCHEDULE CASE MANAGEMENT CONFERENCE – CV 10-03245-LHK (HRLx)