**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AJAY AND TANUJA PRADHAN, individuals, MAYA BALI, an individual, on behalf of themselves and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CITIBANK, N.A., a national corporation, CITIMORTGAGE, INC., a national corporation,<br><br>Defendants. | Case No.: 10-CV-03245-LHK<br><br>ORDER VACATING HEARING ON MOTION TO DISMISS |

Pursuant to CIV. L.R. 7-1(b), the Court deems Defendants' motion to dismiss suitable for decision without oral argument. Accordingly, the Court VACATES the hearing set for January 13, 2011 at 1:30 P.M. on this matter. The Case Management Conference set to follow the hearing is likewise VACATED.

**IT IS SO ORDERED.**

Dated: January 10, 2011

*Lucy H. Koh*
LUCY H. KOH
United States District Judge