UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AJAY AND TANUJA PRADHAN, individuals, MAYA BALI, an individual, on behalf of themselves and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CITIBANK, N.A., a national corporation, CITIMORTGAGE, INC., a national corporation,<br><br>Defendants. | Case No.: 10-CV-03245-LHK<br><br>ORDER DISMISSING CASE WITH PREJUDICE |

On January 10, 2011, the Court dismissed Plaintiffs' complaint with leave to amend. Dkt. No. 39. In its January 10, 2011 order, the Court granted Plaintiffs 20 days to file an amended complaint and informed them that failure to comply with this deadline would result in dismissal of their case with prejudice. As of the filing of this Order, Plaintiffs have not lodged an amended complaint with the Court. Accordingly, the Court hereby dismisses Plaintiffs' case with prejudice. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: February 15, 2011

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-03245-LHK
ORDER DISMISSING CASE WITH PREJUDICE